UNITED   STATES   DISTRICT   COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ Plaintiff,<br><br>-v-<br><br><br>_____ Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____      _____
                                                                                  **Signature of Attorney**

                                                                                  **Attorney Bar Code:** _____